UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HARRIS,

                            Petitioner,

        -against-

S. WALKER, WARDEN AT R.N.D.C. C-74,

                            Respondent.

22-CV-6563 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 3, 2022, the Court directed Petitioner, within 30 days, to submit a completed request for authorization to proceed *in forma pauperis* ("IFP") or pay the $5.00 filing fee required to file a petition for a writ of *habeas corpus* in this court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is denied without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

## CONCLUSION

      The petition is denied without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: September 21, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge