UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HARRIS<br><br>                    Petitioner,<br><br>         -against-<br><br>S. WALKER, ET AL,<br><br>                    Respondent. | 22-CV-6563(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 21, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 21, 2022
        New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge