UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HARRIS,<br><br>        Petitioner,<br><br>-against-<br><br>C.S. WALKER, WARDEN AT R.N.D.C ,<br><br>        Respondent. | 22-CV-6563 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 20, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 20, 2023
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge